# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

BART KELLY,

        Petitioner

        v.

WILLIAM C. ERBEY, SCOTT ANDERSON, AND OCWEN FINANCIAL CORP., OCWEN LOAN SERVICING, LLC,

        Respondents

: No. 488 MAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.